

FOR THE CRIMINAL-COMPLAINT WITH THE WYOMING-DI-STRICT-COURT OF THE U.S.A. IS WITH THE NINTH-JUDICIAL-CIRCUIT: COURT.

Harvey-Bruce: Annis
Harry-Dennis: Wood
Gordon-James: Gunsch
Bruce-Hardy: Gould
Jack-Edward: Haynie
Robert-Ross: Haddenham
Russell-Jay: Gould
Benjamin-Leon: Boren
Robert-Flyod: Dice
Donald-Edward: Fankhaouser

AS THE PLAINTIFF(S),

v

STATE OF WYOMING sic
COUNTY OF FREMONT sic
Donald Hall sic sic [Judge. FREMONT COUNTY COURT sic]
Robert Denhardt sic [Judge. FREMONT COUNTY COURT sic]
Timothy Gist sic [Prosecuting-Attorney]
Coralic Ring sic [Clerk]
Linda Freeman sic [Clerk]
AS THE RESPONDENTS

FOR THE CRIMINAL-COMPLAINT BY THE C.U.S.A.F. CONTRACT IS WITH THE TRUTH AS THE NOUN. FOR THE REGISTRATION OF THE CASE-NUMBER: R 103 439 473 IS WITH THE TITLE: 18: U.S.A. CODE: SECTION(S): 1001 AND 1002 FOR THE FRAUD OF THE LANGUAGE WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1621 FOR THE PERJURY OF THE OATH WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1512 FOR THE OBSTRUCTION WITH THE TITLE 18: U.S.A. CODE: SECTION: 1201 FOR THE KIDNAPPING BY THE Donald Hall sic AND Robert Denhardt sic.

00 CV 45 D

FOR THE CASE-NUMBERS:  96439  C sic AND 96440  C sic ARE WITH THE UNITED STATES DISTRICT COURT sic WITH THE REGISTRATION-MAIL OF THE CERTIFICATION: NUMBER WITH THE CORPORATE AS THE CASE-NUMBER: R 103 439 473. NOTICE: COVER-PAGE FOR THE COURT, WITH THE TITLE: 4: U.S.A. CODES: SECTION : 1&2. CONTRACT-NOTICE: WITH THE KNOWLEDGE FOR THIS CLAIM IS WITH THE UNITY-STATES/PARTY, FOR THE AUTHORITY WITH THE TERMS, RULES, OATH, LAWS OF THIS CONTRACT WITH THE KNOWLEDGE  BY THE CORPORATION  WITH THE CASE-NUMBER: R 103 439 473WITH THE C.U.S.A.F-CONTRACT . FOR THE KNOWLEDGE WITH THE TERMS, RULES, AND LAWS IS FOR THE CLAIM OF THE TRUTH BY ALL PARTY(S) AND PERSON/VESSAL/VESSAL(S) WITH THE AMERICAN -FLAG OF THE U.S.A. BY THE DECLARATION AND AFFFIRMATION OF THE OATH FOR THE PROMISE FOR THE DECLARATION AND FOR THE AFFIRMATION OF THE TRUTH BY THE FIDUCIARY-PARTY(S) OF THE COURT, WITH THE  TERMS  AND CONDITIONS WITH THE C.U.S.A.F-CONTRACT OF THE UNITY-STATES/PARTY(S) WITH THE CORPORATION-CASE-HEREWITH. FOR THE JURISDICTIONAL-STATE OF THE COURT IS WITH THE LAW OF THE AMERICA-FLAG WITH THE CONTRACT-STATE OF THIS CASE. FOR THE FILING WITH THE CLERK IS FOR THE COURTS WITH THIS CORPORATION OF THIS CASE BY THE PLANTIFF AND RESPONDENT(S). FOR THE ESTABLISHMENT OF THE TRUTH IS WITH THE NOUN-SUBJECT-MATTER-LANGUAGE FOR THE CAPTURE OF THE FICTION-JURISDICTION BY THE SOVEREIGN WITH THE PARTY.  FOR ANY BREACH OF THIS C.U.S.A.F.-CONTRACT IS AGAINST THE TERMS,RULES, DEFINITIONS OF THE CORPORATION-CASE-HEREIN. FOR ANY BREACH OF C.U.S.A.F.-CONTRACT IS WITH THE PROVISION FOR THE PERFORMANCE OF THESE SANCTIONS FOR THE SURRENDER OF THE C.U.S.A.F.-CONTRACT BY ANY PARTY-HEREWITH. FOR THE BREACH OF THIS OATH IS FOR THE DECLARATION AND AFFIRMATION WITH THE TRUTH-CONTRACT AGAINST ALL PARTY(S) OF THE C.U.S.A.F.-CONTRACT FOR THE CHARGE(S) FOR THE PERJURY OF THE OATH IS /ARE WITH THE TITLE: 18: U.S.A. CODES: SECTION:1621: (5-YEARS-Z 5,000. PENALTY-FEE). FOR THE TERMS OF THE CONSTITUTION/CONTRACT/CONSTRUCTIVE-
WITH THE COPYRIGHT OF THE Harry-Dennis:  Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James: Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 4-08-2000.

1

TREASON ARE AGAINST THE C.U.S.A.F.-CONTRACT FOR THE FALSE-OATH.  NOTE: FOR THE
FACTS-ARE-FACTS AND NOUN-ARE-NOUNS FOR THE TRUTH-JURISDICTION IS WITH THE
COURT OF THE UNITY-STATES WITH THE TRUTH. FOR THE VIOLATION OF THE NOUN IS AS
THE VERB OR ADJECTIVE FOR THE CAUSE OF THE MAIL-FRAUD/FICTITION-NAME(S) WITH
THE TITLE: 18: U.S.A. CODES: SECTION:  1342. FOR THE USE OF THE FICTITIOUS-NAME IS FOR
THE EXTORTION OF THE MONEY FOR THE TITLE: 18: U.S.A. CODES: SECTION: 1001: (5-YEARS
AND Z 10,000. PENALTY-FEE).

FOR THE PLAINTIFF WITH THE KNOWLEDGE IS WITH THE SOVEREIGN-CITIZEN OF THE
PARTY WITH THE DECLARATION OF THE FIRTST-HAND-KNOWLEDGE OF THE FACTS:

_ALL-PLAINTIFF(s)_ .

ABBREVIATIONS:

F.R.C.P. = FOR THE FEDERAL-RULES OF THE CIVIL-PROCEDURE .

U.S.A. CODES(c) = OF THE UNITY-STATES OF THE AMERICA-CODES.

U.S.A. = OF THE UNITY-STATES OF THE AMERICA.

A, AN, ALL, ANY, THE, THIS, THESE = ARTICLE FOR THE SPECIFIC

UNITY-STATES = FOR THE CORPORATION OF ANY TWO OR MORE-PARTIES  IS BY THE
CONTRACT/CONSTITUTION

C.U.S.A.F. = FOR THE CONSTITUTION OF THE UNITY-STATES IS WITH THE AMERICA-FLAG.

ARTICLES

FOR THE ARTICLE OF THE THREE (3) = FOR THE RIGHT OF THE TRUTH IS WITH THE
SPEECH, WRITINGS, RELIGION, PRESS, AND GRIEVANCE.

FOR THE ARTICLE OF THE FOUR (4) = FOR THE RIGHTS OF ANY COURT-ACTION IS
WITH THE LANGUAGE OF THE TRUTH.

FOR THE ARTICLE OF THE FIVE (5) = FOR THE RIGHT OF THE FREEDOM IS BY THIS
CONSTITUTION FOR THE TRUTH.

FOR THE ARTICLE OF THE SIX (6) = FOR THE RIGHT OF THE TRUE-ARREST-WARRANT
IS WITH THE  TRUE-SEARCH-WARRANT-AUTOGRAPH BY THE JUDGE FOR THE OATH OR
AFFIRMATION OF THE TRUTH.

FOR THE ARTICLE OF THE SEVEN (7) = FOR THE RIGHT OF THE DUE-PROCESS IS FOR
THE WITNESS WITH THE TRUTH FOR THE ONE-SELF.

FOR THE ARTICLE OF THE EIGHT (8) = FOR THE RIGHT OF THE WITNESSES, COUNSEL,
AND EVIDENCE IS WITH THE COURT AND FOR THE SPEEDY-TRIAL WITHIN
THE 60-DAYS.

FOR THE ARTICLE OF THE NINE (9) = FOR THE RIGHT OF THE TRIAL IS BY THE JURY
(12) PARTY FOR THE TRUTH.

FOR THE ARTICLE OF THE TEN (10) = FOR THE PUNISHMENT OF THE TRUTH IS WITH
THE REASONABLE-BAIL FOR THE TRUTH OF ALL CITIZEN.

WITH THE COPYRIGHT OF THE Harry-Dennis:  Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James:  Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay:  Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn:  Miller, 4-08-2000.



2

FOR THE ARTICLE OF THE ELEVEN (11) = FOR THE OFFICERS OF THE APPOINTMENT OR ELECTION ARE WITH THE OATH OR AFFIRMATION FOR THE UPHOLDING OF THE C.U.S.A.F.-CONTRACT WITH THE UNITY-STATES OF THE AMERICA WITH THE TRUTH.

FOR THE ARTICLE OF THE TWELVE (12) = FOR THE CONSTITUTION/ CONTRACT-NOT OF THE RESERVATION IS WITH THE C.U.S.A.F.-CONTRACT WITH THE RESERVATION BY THE MUTUAL-AGREEMENT BY THE TITLE-PARTIES HEREWITH BY THE TRUTH WITH THE NOUN.

FOR THE ARTICLE OF THE THIRTEEN (13) = FOR THE TRUTH(NOUN)-LANGAUGE IS WITH THE COURT. FOR THE JURISDICTION WITH THE TRUTH(NOUN)-LANGUAGE IS WITH THE SOVEREIGN-CITIZEN OF THE PARTY OF THE UNITY-STATES FOR THE CONTRACT WITH THIS LAW-SUIT. FOR THE PROSECUTION OF THE LANGUAGE IS FOR THE EQUALITY WITH THE COMMENCEMENT OF THE PROSECUTION AGAINST ANY ONE OF THE UNITY-STATES(PARTIES), BY THE CITIZENS OF THE **HEREIN-STATE(COURT)** FOR THESE CITIZENS ARE WITH THE TRUTH(NOUN). FOR THE NEW- STATES OF THE TRUTH(NOUN) **IS** WITH THE CORPORATION OF THE NEW-STATE WITHIN THE STATE OF THE COURT/BAR FOR THE FORMATION OF A TRUTH(NOUN)-STATE WITHIN THE UNITY-STATES OF THE COURT/BAR. FOR THE COURT OF THE CIRCUIT IS BY THE U.S.A. FOR THE JURISDICTION OF THE TRUTH OF THE ORIGINAL-JURISDICTION WITH THE TITLE: 28: U.S.A. CODES: SECTION: 1343: FOR THE EQUAL- PROTECTION-CLAUSE; AND WITH THE TITLE: 4: U.S.A. CODES: SECTION: 1, 2: FLAG OF THE U.S.A.. FOR THE CLERK OF THE COURT IS WITH THE COURT OF THE CIRCUIT OF THE U.S.A. WITH THE TITLE: 28: U.S.A. CODES: SECTION 1869 AND 1361, BY THE FILING OF THIS CORPORATION-CASE WITH THE ORDER OF THE PROCEDURES OF THE TITLE: 28: U.S.A. CODES: SECTION: 1361 FOR THE COMPLIANCE OF THE AUTHORITY FOR THE DUTY OF THE OFFICE OF THE CLERK. FOR THE COURT IS WITH THE FOREIGN-SOVEREIGN-IMMUNITY-ACT: DATE OCTOBER/21/1976: FOR THE TITLE: 28: U.S.A. CODE: SECTION: 1605 FOR THE COURT **IS** WITH THE **PERPETUAL-EXISTENCE** OF THE C.U.S.A.F.-CONTRACT OF THE CASE-NUMBER-TITLE-HEREWITH. FOR ALL PARTIES OF THE PRESENT-TENSE-TIME-AGREEMENT IS WITH THE FACTS OR BY THE PRESENT-TENSE-LEVEL-PLAIN-VENUE-DECISION OF THE TRIAL BY THE JURY.

### FOR THE FACTS

1).  **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE PHYSICAL AND PSYCHOLOGICAL-ABUSE BY THE ACCESSORY AFTER THE FACT WITH THE TITLE: 18: U.S.A. CODE: SECTION: 3 WITH THE AUTHORITY BY THE Robert Denhardt sic.

2).  **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY BY THE AUTHORITY FOR THE CONTRACT OF THE OATH OF THE TRUTH(NOUN) OF THE AUTOGRAPH OF THE JUDGE(S) AND ATTORNEY(S). FOR THE ATTORNEY'S-OATH IS WITH THE KNOWLEDGE BY THE ACCEPTANCE OF THE CONTRACT WITH THE AUTOGRAPH OF THE CLERK WITH THE CASE-FILING BY THE PLAINTIFF FOR THE CONTRACT FOR ANY FEE WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

WITH THE COPYRIGHT OF THE Harry-Dennis: Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James: Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 4-08-2000.

3

3).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY BY THE TRUTH(NOUN)
OF THE DUE-PROCESS OF THE LAW WITH THE C.U.S.A.F.-CONTRACT BY THE ARTICLE OF
THE SEVEN (7).  FOR THE PLAINTIFF IS OF THE INJURY BY THE PROCEDURAL-VIOLATION OF
THE FIDUCIARY-COURT-OFFICER(S)-TITLE-HEREIN BY THE CORPORATION OF THE
PROTECTION OF THE WRITTEN-BRIEFS AND FILES.  FOR THE CONSPIRACY BY THE SCHEME
IS WITH THE COLORING OF THE LAW, FOR THE TITLE: 42: U.S.A. CODE: SECTION: 1985 (1)
FOR THE CONSPIRACY IS WITH THE CROSS-REFERENCE WITH THE TITLE: 18: U.S.A. CODE:
SECTION: 241 FOR THE CONSPIRACY, AGAINST THE CONTRACT-RIGHTS BY THE OFFICERS
OF THE COURT WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.
4).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE NOTICE
OF THE COURT FOR THE NOTICE OF HEARING (SIC) IS WITH THE PRESENTMENT AS A VERB-
TITLE WITH THE BREACH OF THE C.U.S.A.F.-CONTRACT WITH THE LAW OR AT THE LAW FOR
THE COMMAND OF THE "NOTICE OF THE HEARING.  FOR THE PLAINTIFF IS AS THE FRIEND
OF THE COURT WITH AND FOR THE CORRECTING OF THE NOTICE FOR THE AVOIDING OF A
TITLE: 18: U.S.A. CODE: SECTION(S): 1001 AND 1002 FOR THE STATEMENT-HEREIN: **FOR
THE PLAINTIFF:  AFFIRMS BY THE COMPLAINT IS WITH THE RULES OF THE CLAIM** OF
THE F.R.C.P. RULE-60(b) FOR THE PLAINTIFF IS WITH THE KNOWLEDGE, THROUGH THE
RULES OF THE LANGUAGE-PROCEDURE FOR THE SUBJECT-MATTER-LANGUAGE-FRAUD
WITH THE F.R.C.P. RULE-9(b), BY THE USING FOR THE COURT AGAINST THE PLAINTIFF AND
FAMILY; FOR THE FILES WITH THIS-COURT-TITLE-HEREIN ARE WITH THE RULES OF THE
CLAIM-CLAUSE OF THE F.R.C.P. RULE-60(b), FOR THE ALLOWING OF THE PLAINTIFF FOR THE
PROSECUTION OF THE APARTHEID WITH THE FEDERAL-AUTHORITY OF THE TITLE: 42:
U.S.A. CODE: SECTION: 1986 FOR THE KNOWLEDGE WITH THE HIGH-FIDUCIARY-POSITION
OF THE USE OF THE FICTITIOUS-LANGUAGE FOR THE EXTORTION OF THE RIGHTS AND
PRIVILEDGES WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1001 BY THE AFFIRMATION:
WITH ANY MATTER WITHIN THE JURISDICTION OF ANY DEPARTMENT OR FOR THE AGENCY
OF THE UNITY-STATES IS WITH THE KNOWLEDGE AND WILLFUL-VOLITION BY THE
FALSIFICATION BY THE CONCEALMENT OR BY THE COVER-UP BY ANY TRICK, SCHEME, OR
BY ANY DEVICE OF THE MATERIAL-FACT, OR BY THE MAKING FOR THE FALSIFICATION-
STATEMENT, BY THE FICTITIOUS-STATEMENT, OR BY THE FRAUDULANT-STATEMENT OR BY
THE REPRESENTATIONS OF THE STATEMENT, OR BY THE MAKING OF ANY FALSE-WRITINGS
OR BY THE FALSE-DOCUMENTS BY THE KNOWING THAT THE FALSE-DOCUMENTS ARE FOR
THE CONTAINING FOR ANY FALSIFICATION-STATEMENTS, FOR THE FICTIOUS-STATEMENTS
OR FOR THE FRAUDULANT-STATEMENTS OR FOR THE ENTRY WITH THE CASE-FILE IS WITH
THE FINE OF THIS TITLE OR BY THE IMPRISONMENT OF THE FIVE-YEARS OR BOTH WITH
THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic; AND WITH THE TITLE: 18:
U.S.A. CODE: SECTION: 1002: WHOEVER, FOR THE KNOWLEDGE AND WITH THE WILLFUL-
VOLITION FOR THE DEFRAUDING OF THE UNITY-STATES, OR FOR ANY AGENCY-THEREOF,
FOR THE PROCESSING FOR ANY FALSE, ALTERATION, FORGERY, OR COUNTERFEIT-

WITH THE COPYRIGHT OF THE Harry-Dennis: Wood, 4-08-2000.                                    4
WITH THE COPYRIGHT OF THE Gordon-James: Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 4-08-2000.



WRITINGS OR OF THE DOCUMENTS FOR THE PURPOSE OF THE ENABLING-ANOTHER FOR
THE OBTAINING BY THE UNITY-STATES, OR BY THE UNITY-STATE'S-AGENCY, OFFICER, OR
AGENT-THEREOF, FOR ANY SUM OF THE MONEY, IS WITH THIS FINE WITH THIS TITLE OR IS
WITH THE IMPRISONMENT OF THE FIVE(5)-YEARS OR BOTH.  FOR THE AUTHORITY IS WITH
THE Robert Denhardt sic, AND Donald Hall sic.

5).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY BY THE DUE-
PROCESS OF THE LAW WITH THE C.U.S.A.F.-CONTRACT BY THE ARTICLE OF THE SEVEN(7)
FOR THE COURT IS WITH THE PROVISIONS FOR THE REMEDY WITH THE TITLE: 42: U.S.A.
CODE:  SECTION: 1986 FOR THE KNOWLEDGE OF THE LAW OF THE PARTY BY THE CLAIM OF
THE FRAUD WITH THE F.R.C.P. RULE-60(b) FOR THE CLAIM WITH THE F.R.C.P. RULE-26(c) OF
THE FRAUD BY THE F.R.C.P. RULE-9(b) WITH THE COURT, FOR THE REMEDY OF THE RELIEF
WITH THE STATEMENTS-FOLLOWING.  FOR THE AUTHORITY WITH THE AUTHORITY IS BY
THE Robert Denhardt sic, AND Donald Hall sic.

6).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE PAPERS
FOR THE CORRESPONDENCE OF THE COURT ARE FOR THE F.R.C.P.RULE-11(a) FOR ALL
DOCUMENTS MUST-BE WITH THE AUTOGRAPH FOR THE JURISDICTION OF THE COURT.  FOR
THE FAILURE OF THE AUTOGRAPH-CONSTITUTES ARE FOR THE VIOLATION OF THE DUE-
PROCESS-CLAUSE BY THE COURT.  FOR THE AUTHORITY IS WITH THE Robert Denhardt sic, AND
Donald Hall sic.

### FOR THE CAUSE OF THE ACTION

7).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY, BY THE ATTORNEY
AT LAW (sic) AND IN LAW (sic).  FOR THE LAW IS BY/FOR/IN/AS/OF A VERB WITH THE
AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

8).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY WITH THE
NOVEMBER-17-2000, FEBURARY-3-2000/TIME: 9:00/A.M. AND FEBURARY-15-2000: TIME:
10:00/A.M..  FOR THIS NEGOTIATION WITH THE COURT IS FOR THE PROTECTION OF THE
REPRESENTATION OF THE CORPORATION OF THE CERTIFIED-MAIL-NUMBER: Z 326 430 522
WITH THE COUNTY OF THE FREMONT WITH THE STATE OF THE WYOMING, FOR THE
PROTECTION AND REPRESENTATION OF THE JUSTICE FOR THE PROTECTION OF THE
WITNESS-PLAINTIFF WITH THE COURT-ROOM AGAINST ANY APARTHEID OF THE WITNESS'S-
TESTIMONY OR OF THE OBSTRUCTION OF THE WITNESS'S-TESTIMONY WITH THE OATH FOR
THE DECLARATION OF THE TRUTH FOR THE PROTECTION OF THE WITNESS AND FOR THE
PROTECTION OF THE EVIDENCE WITH THE COURT BY THE COURT AS THE AGENT WITH THE
FIDUCIARY OF THE CORPORATION OF THE CASE WITH THE AUTHORITY BY THE Robert
Denhardt sic, AND Donald Hall sic.

9).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY BY THE COURT FOR
THE COURT OF THE POCESSES IS WITH THE PROPER-LAWS FOR THE GUARANTEE OF THE
WITNESS-PROTECTION WITH THE EMPLOYMENT BY THE PLAINTIFF-CITIZEN WITH THE

WITH THE COPYRIGHT OF THE Harry-Dennis:  Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James:  Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay:  Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn:  Miller, 4-08-2000.

5

PARTY-PRESENT OF THE WITNESS-STAND WITH THE CROSS-EXAMINATION WITH THE
COURT WITH THE PROTECTION OF THE JUDGE, AND AS THE ATTORNEY AT THE LAW, FOR
THE EXAMINATION OF THE LAW, FOR THE C.U.S.A.F.-RIGHTS OF THE CORPORATION OF THE
CASE-NUMBER: R 103 439 423 FOR THE PLAINTIFF IS WITH THE PROTECTION
OF THE LAWS OF THE STATE OF THE WYOMING OF THE UNITY-STATES OF THE AMERICA
WITH THE CONTRACT OF THE C.U.S.A.F.-RIGHTS WITH THE AUTHORITY BY THE Robert
Denhardt sic, AND Donald Hall sic.

10).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY WITH THE COURT
OF THE CONSIDERATION OF THE CORPORATION OF THE CASE-NUMBER: R 103
439 423 IS WITH A PAYMENT OF A FEE BY THE STATE OF THE WYOMING BY
THE TAXES OF THE PLAINTIFF FOR THE PROTECTION AND DUTY OF THE WITNESSING OF
THE JUDGE'S-COURT-AUTHORITY BY THE JUDGE/ATTORNEY, BY THE FEES OF THE STATE
FOR THE SERVICES OF THE JUDGESHIP WITH THE PROTECTION OF THE JUSTICE FOR THE
CITIZENS OF THE STATE OF THE WYOMING FOR THE SERVICE OF THE EXAMINATION OF THE
ARGUEMENTS OF THE LAWS OF THE PRESENTATION OF THE WYOMING-STATE-JUDGE AS
THE FIDUCIARY BY THE SUFFICIENCY OF THE LAW WITH THE AUTHORITY BY THE Robert
Denhardt sic, AND Donald Hall sic.

11).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE
EXAMINATION OF THE CASE-NUMBER: R 103 439 423 AND BY THE
ARGUMENTS WITH THE COURT WITH THE TITLE: 42: U.S.A. CODE: SECTION: 1985(2) FOR
THE OBSTRUCTION OF THE RIGHTS WITH THE LAW FOR THE EQUAL-PROTECTION OF THE
WITNESS FOR THE GIVING OF THE EVIDENCE AND TESTIMONY AND FOR THE APARTHEID OF
THE RIGHTS WHT THE LAW FOR THE EQUAL-PROTECTION OF THE LAW WITH THE TITLE: 42:
U.S.A. CODE: SECTION: 1985(3) FOR THE GIVING OF THE EVIDENCE AND TESTIMONY WITH
THE COURT WITH THE POWER FOR THE PROTECTION OF THE PLAINTIFF-WITNESS AGAINST
ANY INJURY.  FOR THE PLAINTIFF-WITNESS OF THE INJURY IS WITH THE OBSTRUCTION AND
APARTHEID BY THE COURT WITH THE GIVING OF THE TRUTH WITH THE OATH WITH THE
PRESENTATION OF THE EVIDENCE AND WITH THE TESTIMONY WITH THE COURT, WITH THE
RESPONSIBILITIY BY THE Robert Denhardt sic, AND Donald Hall sic.

12).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY BY THE WRONG OF
THE C.U.S.A.F.-CONTRACT-CORPORATION WITH THE LAWS OF THE STATE OF THE WYOMING
WITH THE UNITY-STATES OF THE AMERICA WITH THE RIGHT OF THE CONTRACT-
CORPORATION WITH THE C.U.S.A.F.-CONTRACT FOR THE ISSUES OF THE CASE WITH THE
ATTORNEY'S-OATH FOR THE UPHOLDING OF THE C.U.S.A.F.-CONTRACT FOR THE
AFFIRMATION AND DECLARATION OF THE TRUTH WITH THE AUTHORITY BY THE Robert
Denhardt sic, AND Donald Hall sic.

13).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY BY THE DUE-
PROCESS OF THE CONTRACT-LAW OF THE C.U.S.A.F.-CONTRACT OFTHE C.U.S.A.F.-
CONTRACT BY THE ARTICLE OF THE SEVEN(7), AND WITH THE COLOR OF THE LAW WITH

WITH THE COPYRIGHT OF THE Harry-Dennis:  Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James:  Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay:  Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn:  Miller, 4-08-2000.

THE TITLE: 18: U.S.A. CODE: SECTION: 242, BY THE DECEPTION FOR THE <u>PROLONG-LITIGATION</u> OF THE <u>COURT-HEARINGS</u> FOR THE <u>INCREASE-EXPENSE</u> OF THE <u>LARGER-LEGAL-FEES</u> WITH THE STATE OF THE WYOMING WITH THE <u>UNITY-STATES</u> OF THE AMERICA WITH THE PAYMENT FOR THE INJURY OF THE <u>WITNESS-PLAINTIFF</u> WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

14).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE <u>LONG-LITIGATION</u> BY THE HURTING, LOVE, NURTURING, CARE, AND HEALTH OF THE MIND AND BODY OF THE <u>PLAINTIFF'S-FAMILY</u> IS WITH THE ENDURANCE, WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

15).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE <u>RACKETEERING-ACTIVITY</u> WITH THE TITLE: 18: U.S.A CODE: SECTION: 1961 WITH THE AUTHORITY BY THE , Robert Denhardt sic, AND Donald Hall sic.

16).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE <u>FOREIGN-LAW</u> WITH THE F.R.C.P. RULE-44.1 WITH THE AUTHORITY BY THE , Robert Denhardt sic, AND Donald Hall sic.

17).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE <u>COLLUSION</u> WITH THE TITLE: 28: U.S.A. CODE: SECTION: 1359 WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

18).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE <u>OBSTRUCTION</u> OF THE <u>FEDERAL-WITNESS</u> AND BY THE OBSTRUCTION WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1512 WITH THE RESPONBIBILITY BY THE Robert Denhardt sic, AND Donald Hall sic.

19).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE MAIL-FRAUD WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1342 WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

20).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE OBSTRUCTION OF THE VOLITION WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1512 (A) (1) (A) WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

21).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE OBSTRCUTION WITH THE PREVENTING OF THE PROCESSING OF THE RECORD WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1512 (A)(1)(B) AS THE AUTHORITY BY THE Linda Freeman sic AND Robert Denhardt sic.

22).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE OBSTRUCTION BY THE PHYSICAL-FORCE WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1512 (B) WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

23).      FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE ATTEMPT OF THE IMPAIRING OF THE OBJECT OF THE INTEGRITY WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1512 (B) (2) (B) WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

WITH THE COPYRIGHT OF THE Harry-Dennis: Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James: Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 4-08-2000.

7



24).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE HINDERING
OF THE COMMUNICATION WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1512 (B) (3) WITH
THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

25).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY WITH THE
KIDNAPPING BY THE DEPRIVING OF THE FREEDOM BY THE JAILING WITH THE TITLE: 18:
U.S.A. CODE: SECTION: 1201 (A) WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald
Hall sic.

26).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY BY THE
SCHEME/TRICK/TRAP FOR THE FICTITIOUS-NAME WITH THE TITLE: 18: U.S.A. CODE:
SECTION: 1001 WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

27).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY BY THE MAIL-
FRAUDING OF THE FICTITIOUS-PAPERS WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1002
WITH THE AUTHORITY BY THE , Robert Denhardt sic, AND Donald Hall sic.

28).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE
SWINDLE/FRAUD WITH THE TITLE: 18: U.S.A CODE: SECTION: 1341 WITH THE AUTHORITY
BY THE Robert Denhardt sic, AND Donald Hall sic.

### FOR THE CLAIM

29).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY FOR THE COURT
WITH THE PRACTICE OF THE LAW, FOR THE SKILL, CARE, AND KNOWLEDGE WITH THE
EXAMINATION OF THE CORPORATION OF THE CASE-NUMBER: Z 326  430  522
BY THE PLAINTIFF/WITNESS WITH THE CLAIM OF THE WRONG IS WITH THE TITLE: 42:
U.S.A. CODE: SECTION: 1986 FOR THE KNOWLEDGE OF THE LAW THROUGH THE CLAIM OF
THE FRAUD WITH THE LAW WITH THE F.R.C.P. RULE-9(b) AND FOR THE F.R.C.P. FRULE-26(e)
FOR THE CLAIMING OF THE WRONG WITH A JUDICIAL-ENTERY FOR THE FACTS OF THE
WRONG OF THE PLAINTIFF'S-INJURY.  FOR THE CARE, SKILL, AND KNOWLEDGE WITH THE
EXAMINATION IS OF THE PLAINTIFF'S-C.U.S.A.F.-RIGHTS AND WITH THE ADVERTISING OF
THE PLAINTIFF WITH THE CORPORATION OF THE CASE-NUMBER: Z 326   430
        522        , FOR THE PLAINTIFF IS MISLEAD BY THE TRUE-FACTS WITH THE
STATEMENT WITH THE COURT AND SHOWN BY THE PLAINTIFF AND MEMBERS OF THE
CORPORATION OF THE CASE-NUMBER: Z 326  430   522 WITH THE
AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

### FOR THE DEMAND

3O).    FOR THE PLAINTIFF WITH THE KNOWLEDGE IS OF THE INJURY  BY THE OF THE
PERFORMANCE OF THE C.U.S.A.F.-CONTRACT WITH THE CORPORATION OF THE CASE-
NUMBER: R 103   439   473 FOR THE DEMAND OF THE JAILING, AND OR
FINING WITH THE AUTHORITY OF THE LAW BY THE Robert Denhardt sic, AND Donald Hall sic.

WITH THE COPYRIGHT OF THE Harry-Dennis: Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James: Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 4-08-2000.

8

31).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY BY THE LOSS OF THE FREEDOM AND RIGHTS-MONEY FOR THE ABUSE OF THE BODY AND MIND WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

32).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY BY THE CONSPIRACY WITH THE TITLE: 42: U.S.A. CODE: SECTION: 1985(1) FOR THE INJURIES WITH THE CLAIM FOR THE VIOLATION OF THE C.U.S.A.F.-CONTRACT-RIGHTS, FOR THE RECOVERY OF THE INJURIES FOR THE SUPPORTING OF THE AWARD BY THIS COMPLAINT WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

33).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY FOR THE STATUTORY AND PROCEDURAL-VIOLATIONS WITH THE PROCEDURAL-OUTLINE FOR THE DISQUALIFICATION OF THE JURISDICTION OF THE FOREIGN/FICTION-LANGAUGE WITHIN THE U.S.A. WITH THE AUTHORITY BY THE Timothy Gist sic, Coralie Ring sic, Robert Denhardt sic, AND Donald Hall sic.

34).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY BY THE TITLES OF THE NOBILITY WITH THE TITLE: 28: U.S.A. CODE: SECTION: 1605 FOR A FOREIGN-STATE OF THE IMMUNITY IS WITH THE JURISDICTION OF THE TRUTH WITH THE C.U.S.A.F.-COURT FOR THE COURT OF THE U.S.A. OR OF THE STATE OR FOR ANY CASE WITH THE AUTHORITY BY THE Timothy Gist sic, Robert Denhardt sic, AND Donald Hall sic.

35).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY BY THE FAILURE OF THE C.U.S.A.F.-CONTRACT WITH THE ARTICLE OF THE NINE (9) FOR THE RIGHT OF THE TRIAL BY THE JURY (12-MAN), FOR THE F.R.C.P. RULE-38(a) WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

36).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY FOR THE ENFORCMENT OF AN AGREEMENT (TREATY)-MADE, BY THE OATH OR AFFIRMATION BY THE SUPPORTING AND DEFENDING OF THE C.U.S.A.F.-CONTRACT BY THE SURRENDERING OF THE OATH AND AFFIRMATION WITH A FOREIGN/FICTION-LANGAUGE FOR THE CAUSE OF THE CONSTRUCTIVE-TREASON, BY THE CONTEMPT FOR THE C.U.S.A.F.-CONTRACT, FOR THE FALSE-SWEARING AND PERJURY OF THE OATH WITH THE TITLE: 18: U.S.A. CODE: SECTION: 1621 WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

37).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY FOR ANY CLAIM-ARISING-OUT OF THE INTERFERANCE WITH THE C.U.S.A.F.-CONTRACT-RIGHTS FOR THE FILING WITH THE CLERK FOR THE TITLE: 4: U.S.A. CODE: SECTION(S): 1&2: FOR THE TRIAL BY THE JURY OF THE F.R.C.P. RULE-38(a) AND BY THE C.U.S.A.F.-CONTRACT WITH THE ARTICLE OF THE NINE(9) WILL-CAUSE WITH AN ACTION WITH THE TITLE: 42: U.S.A. CODE: SECTION: 1986: FOR THE KNOWLEDGE OF THE LAW AND FOR THE WRONG BY THE FAILURE OF THE STOPPING AND CORRECTING OF THE WRONG-DOING(S) WITH THE RESPONBIBILITY BY THE Robert Denhardt sic, AND Donald Hall sic.

38).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY FOR THE ACTION FOR THE ENFORCEMENT OF AN AGREEMENT BY THE FOREIGN/FICTION-LANGAUGE FOR THE

WITH THE COPYRIGHT OF THE Harry-Dennis: Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James: Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 4-08-2000.

9



BENEFIT OF THE <u>PRIVATE-PARTY</u> BY THE CORPORATION WITH THE <u>LEGAL-RELATIONSHIP</u> FOR THE CONTRACT OF THE ARBITRATION WITH THE RESPONBIBILITY BY THE Robert Denhardt sic, AND Donald Hall sic.

39).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY BY THE AGREEMENT OR AWARD FOR THE CORPORATION OF THE TREATY OR FOR OTHER <u>INTERNATIONAL-AGREEMENT</u>(LAW OF THE FLAG) FOR THE ENFORCEMENT WITH THE <u>C.U.S.A.F.-CONTRACT</u> BY THE ORDER FOR THE RECOGNITION AND ENFORCEMENT OF THE <u>ARBITRAL-AWARDS</u> WITH THE OATH OR AFFIRMATION WITH THE <u>C.U.S.A.F.-CONTRACT</u> WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

40).   **FOR THE PLAINTIFF WITH THE KNOWLEDGE IS** OF THE INJURY BY THE LACK FOR THE UP-HOLDING OF THE <u>FOREIGN/SOVEREIGN-IMMUNITY-ACT</u>, DATE: OCTOBER/21/1976, WITH THE TITLE: 28: U.S.A. CODE: SECTION(S): 1602-1611 FOR THE PROTECTION OF THE C.U.S.A.F.-CONTRACT FOR THE NO-PARTY WITH THE IMMUNITY FOR THE BREAKING OF THE LAW WITH THE AUTHORITY BY THE Robert Denhardt sic, AND Donald Hall sic.

## DEFINITIONS

41).   FOR THE JURISDICTION OF THE SUBJECT-MATTER: NOUN IS WITH THE ASSIGNMENT OF THE ARTICLE "THE" FOR THE ASSIGNMENT OF THE AUTHORITY-JURISDICTION FOR THE PREPOSITION OF THE **PRESENT-TENSE.**

42).   FOR THE PREPOSITION(S): FOR, OF, BY, WITH, AS, THROUGH IS **FOR THE PRESENT-TENSE: JURISDICTION OF THE PLEADING WITH THE REAL-TIME: JURISDICTION.**

43).   FOR THE NO-PRESUMPTIONS/ASSUMPTIONS/OPINIONS/CONCLUSIONS WITH THE FACT IS FOR THE DISQUALIFICATION OF THE DUE-PROCESS.

44).   FOR THE **NO-PRONOUNS** OF THE CONTRACT IS BY THE TRAP FOR THE NO-CLAIM OF THE AUTHORITY.

45).   FOR THE **ADJECTIVES** OF THE COLOR IS WITH THE OPINIONS OF THE NOUNS/SUBJECT-MATTER. FOR THE TWO-NOUNS OF THE TOGETHER(UNITY/SIDE/ BY-SIDE) ARE FOR THE MAKING OF THE FIRST-NOUN AS THE ADJECTIVE FOR THE CAUSING OF THE FICTION.

46).   FOR THE **ADVERBS** OF THE MODIFICATION IS WITH THE MODIFICATION OF THE VERB, AND ADJECTIVE AS THE OPINION(FICTION).

WITH THE COPYRIGHT OF THE Harry-Dennis: Wood, 4-08-2000.
WITH THE COPYRIGHT OF THE Gordon-James: Gunsch, 4-08-2000.
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 4-08-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 4-08-2000.

DATE: _10_ OF THE DAY OF THE _April_ , 2000:

_Robert-R. Hudsbaker_

_Harry-Dennis: Wood_

_Jack-Edward: Hay_

_Benjamin-Leon: Bozen_

_Robert-Floyd: Dice_

_Harry-Bruce: Ouvin_

_Ronald-Edward: Jackham_

_Bruce-Hardy: Gould_

_Russell-Jay: Gould_

_Gordon-James: Hursel_

AS THE SOVEREIGN-CITIZEN(S) WITH THE PARTY

WITH THE STATE OF THE WYOMING
WITH THE COPYRIGHT OF THE Russell-Jay: Gould, 2-28-2000.
WITH THE COPYRIGHT OF THE David-Wynn: Miller, 2-28-2000.

11